**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL G. SALAS, | ) NO. CV 07-06392-GHK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ROBERT J. HERNANDEZ, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   8/13/09   .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE